ADG:JPK
F. #2026R00307

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

PIERRE LEE,
    also known as "Pierre Wilmoth,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   MAY 22, 2026   \*
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No.    26-CR-143
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(8),
924(c)(1)(A)(i), 924(d)(1), 981(a)(1)(C),
2113(a) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C.,
§ 2461(c))

Judge Margo K. Brodie
Magistrate Judge Marcia M. Henry

THE GRAND JURY CHARGES:

COUNT ONE
(Bank Robbery)

1.     On or about April 21, 2026, within the Southern District of New York, the defendant PIERRE LEE, also known as "Pierre Wilmoth," did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a bank, to wit: a branch of Chase Bank located at 71 West 23rd Street, Manhattan, New York, money belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

    (Title 18, United States Code, Sections 2113(a) and 3551 et seq.)

COUNT TWO
(Attempted Bank Robbery)

2.     On or about April 22, 2026, within the Eastern District of New York and elsewhere, the defendant PIERRE LEE, also known as "Pierre Wilmoth," did knowingly and intentionally attempt to take by force, violence and intimidation, from the person and presence of

one or more employees of a bank, to wit: a branch of Citizens Bank located at 2301 86th Street, Brooklyn, New York, money belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a) and 3551 et seq.)

COUNT THREE
(Attempted Bank Robbery)

3.      On or about April 24, 2026, within the Eastern District of New York and elsewhere, the defendant PIERRE LEE, also known as "Pierre Wilmoth," did knowingly and intentionally attempt to take by force, violence and intimidation, from the person and presence of one or more employees of a bank, to wit: a branch of Capital One Bank located at 2150 86th Street, Brooklyn, New York, money belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a) and 3551 et seq.)

COUNT FOUR
(Use of Firearm During a Crime of Violence)

4.      On or about April 24, 2026, within the Eastern District of New York and elsewhere, the defendant PIERRE LEE, also known as "Pierre Wilmoth," did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit: the crime charged in Count Three, and did knowingly and intentionally possess such firearm in furtherance of such crime of violence.

(Title 18, United States Code, Sections 924(c)(l)(A)(i) and 3551 et seq.)

## COUNT FIVE
### (Felon in Possession of a Firearm and Ammunition)

5. On or about April 24, 2026, within the Eastern District of New York and elsewhere, the defendant PIERRE LEE, also known as "Pierre Wilmoth," knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm, to wit: a Hi-Point CF380 pistol, and ammunition, to wit: Winchester 380 ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE, TWO AND THREE

6. The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged in Counts One, Two and Three, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any other criminal law of the United States, including but not limited to the following property, seized by law enforcement on or about April 24, 2026 in Brooklyn, New York:

(i) one Hi-Point CF380 pistol with a defaced serial number and Winchester 380 ammunition contained therein; and

(ii) approximately $1,263.00 in United States currency.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

## CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNTS FOUR AND FIVE

8. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged in Counts Four and Five, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not limited to one Hi-Point CF380 pistol with a defaced serial number and Winchester 380 ammunition contained therein, seized by law enforcement on or about April 24, 2026 in Brooklyn, New York.

5

9.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a)     cannot be located upon the exercise of due diligence;
>
> (b)     has been transferred or sold to, or deposited with, a third party;
>
> (c)     has been placed beyond the jurisdiction of the court;
>
> (d)     has been substantially diminished in value; or
>
> (e)     has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

/s/

_____
FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK